**Order entered September 12, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00039-CV

## TRACEY B. THOMPSON, Appellant

## V.

## MARTIN F. GAINES, Appellee

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-09781

## ORDER

By motion filed September 6, 2022, appellant complains of the accuracy of the reporter's record and requests the record be corrected. *See* TEX. R. APP. P. 34.6(e). Attached to the motion is a copy of the reporter's record, marked with the alleged errors.

Texas Rule of Appellate Procedure 34.6 provides the procedure for ensuring the accuracy of the reporter's record. *See* TEX. R. APP. P. 34.6(e),(f). When, as here, a concern about the record arises after the record has been filed, we may refer the matter to the trial court for resolution. *See id.* 34.6(e)(3). Accordingly, we

**GRANT** appellant's request to the extent we **ORDER** the trial court to conduct a hearing, **no later than October 12, 2022**, to determine if the reporter's record accurately discloses what occurred in the trial court. If the trial court finds any inaccuracies or omissions, the court must order the court reporter to conform the record to what occurred in the trial court and to file certified corrections in this Court **no later than October 24, 2022**. *See id.* 34.6(e)(2). The trial court shall make written findings of fact which shall be filed in a supplemental clerk's record **no later than October 19, 2022**. A reporter's record of the hearing shall also be filed **no later than October 19, 2022**.

The deadline for filing appellant's brief is **SUSPENDED**. The Court will set a new date for the filing of the brief once the concern regarding the reporter's record has been addressed.

We **DIRECT** the Clerk of the Court to send a copy of this order, along with a copy of appellant's motion, to the Honorable Staci Williams, Presiding Judge of the 101st Judicial District Court; Dallas County District Clerk Felicia Pitre; Terri Etekochay, Official Court Reporter for the 101st Judicial District Court; and, the parties.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. The appeal shall be reinstated no later than October 31, 2022.

/s/    CRAIG SMITH
       JUSTICE